# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| MARILYN YORK and JEROME YORK,<br><br>  Plaintiffs,<br><br>v.<br><br>PUBLIX SUPER MARKETS, INC.,<br><br>  Defendant. | Civil Action File No.<br>_____ |

## PETITION FOR REMOVAL

TO: The Honorable Judges of the United States District Court for the Northern District of Georgia, Atlanta Division.

**COMES NOW**, Defendant Publix Super Markets, Inc. ("Publix"), by and through the undersigned legal counsel, and hereby files this Petition for Removal, respectfully showing this Court as follows:

1.

A civil action was filed and is now pending in the State Court of Fulton County, State of Georgia, designated as Civil Action File No. 21EV003296 (the "Underlying Lawsuit").

2.

The Summons and Complaint for Damages in that action were filed in the State Court of Fulton County on May 28, 2021 and were first served upon Publix through its registered agent on July 26, 2021. Thus, Publix timely files this Petition for Removal.

3.

Pursuant to 28 U.S.C. § 1446, Publix has attached hereto a copy of all process, pleadings, and orders, which includes the following:

- Exhibit A:  Complaint for Damages;
- Exhibit B:  Summons for Publix Super Markets, Inc.
- Exhibit C:  Executed Affidavit of Service
- Exhibit D:  Notice of Removal

4.

Publix is now, was at the commencement of this suit, and at all times since been, a domestic limited liability company organized and existing under the laws of the State of Florida with its principal place of business located at 3300 Publix Corporate Parkway, Lakeland, Florida 33811.

5.

Plaintiffs are citizens of the State of Georgia.

6.

The Underlying Lawsuit is a civil action over which this Court has original jurisdiction and which may be removed to this Court by Publix pursuant to the provisions of 28 U.S.C. §§ 1332 and 1441, *et seq*. Complete diversity among the parties exists, as Plaintiffs are residents of the State of Georgia and Publix's principal place of business is in the State of Florida, and the amount in controversy exceeds $75,000.00 exclusive of interest and costs.

Diversity jurisdiction exists where the suit is between citizens of different states and the amount in controversy exceeds $75,000.00. Williams v. Best Buy Co., Inc., 269 F.3d 1316, 1319 (11th Cir. 2001). "The general federal rule has long been to decide what the amount in controversy is from the complaint itself…" Horton v. Liberty Mut. Ins. Co., 367 U.S. 348, 353 (1961). If the complaint specifies an amount of damages over $75,000.00, or if it is facially apparent from the complaint that the amount in controversy exceeds $75,000.00, then the amount in controversy element is satisfied. See Pretka v. Kolter City Plaza II, Inc., 603 F.3d 744, 754 (11th Cir. 2010).

In the instant lawsuit, the first element (i.e. diversity) is satisfied because Plaintiffs are residents of Georgia and Publix is a resident of Florida. The second element (i.e. amount in controversy) is satisfied because the Complaint specifies the amount of damages that Plaintiffs seek to recover in the instant lawsuit, which is not

less than $2,690,000.00. Therefore, diversity jurisdiction exists and removal to federal court is proper. See Williams, 269 F.3d at 1319; and Pretka, 603 F.3d at 754.

7.

Attached hereto is a copy of Publix's Notice of Removal in the State Court of Fulton County, Georgia. (See Exhibit D.)

8.

This action is currently pending in the State Court of Fulton County, Georgia, which is within the jurisdiction of the Northern District of Georgia, Atlanta Division. See 28 U.S.C. § 1446(a).

**WHEREFORE** Publix prays the above action now pending before the State Court of Fulton County, Georgia be removed to this Court.

Respectfully submitted this 25th day of August, 2021.

**COPELAND STAIR KINGMA & LOVELL, LLP**

/s/ Charles M. McDaniel, Jr.
CHARLES M. MCDANIEL, JR.
Georgia State Bar No. 487905
BRODERICK W. HARRELL
Georgia State Bar No. 101104
ALEXANDER D. PERWICH III
Georgia State Bar No. 622240
*Counsel for Defendant Publix Super Markets, Inc.*

One Ninety One Peachtree Tower
191 Peachtree Street Northeast
Suite 3600
Atlanta, Georgia 30303
p: (404) 522-8220
f: (404) 523-2345
cmcdaniel@cskl.law
bharrell@cskl.law
aperwich@cskl.law

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served a copy of the within **PETITION FOR REMOVAL** upon all counsel of record via the Court's designated e-filing system and/or by statutorily accepted electronic service, addressed to the following:

C. Allen Yates
John T. Dixon
YATES & WHELAND
412 Georgia Avenue, Suite 102
Chattanooga, Tennessee 37403
ay@lawyeratl.com
dj@lawyeratl.com

This 25th day of August, 2021.

**COPELAND STAIR KINGMA & LOVELL, LLP**

*/s/ Charles M. McDaniel, Jr.*
CHARLES M. MCDANIEL, JR.
Georgia State Bar No. 487905
BRODERICK W. HARRELL
Georgia State Bar No. 101104
ALEXANDER D. PERWICH III
Georgia State Bar No. 622240
*Counsel for Defendant Publix Super Markets, Inc.*

One Ninety One Peachtree Tower
191 Peachtree Street Northeast
Suite 3600
Atlanta, Georgia 30303
p: (404) 522-8220
f: (404) 523-2345
cmcdaniel@cskl.law
bharrell@cskl.law
aperwich@cskl.law